UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETTY JEAN SAFFORE,

    Plaintiff,

v.                                                Case No. 1:17-cv-201
                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

      In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

      **IT IS SO ORDERED**.


Dated: March 27, 2018                          /s/ Ray Kent
                                                      United States Magistrate Judge